UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMAL SMITH, | ) |
| Petitioner, | ) |
| v. | ) No. 1:13-cv-1916-SEB-MJD |
| BRIAN SMITH, | ) |
| Respondent. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons set forth in the accompanying Entry, the Court now enters FINAL JUDGMENT in this action in favor of the respondent and against the petitioner. The petition for writ of habeas corpus is **denied** and this action is dismissed with prejudice.

Date: 1/16/2015

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Jamal Smith, No. 133410,
Plainfield Correctional Facility,
Inmate Mail/Parcels,
727 Moon Road
Plainfield, IN 46168

Electronically registered counsel